**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

UNITED STATES BANKRUPTCY COURT DISTRICT OF VERMONT
Filed & Entered
On Docket
01/30/2026

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **WILLIAM DYDO, JR.,** | ) | **Case No. 25-10257** |
| | ) | **Chapter 7** |
| **Debtor.** | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This matter came before the Court on the Motion for Relief from Stay (Motion) filed by CWS Investments, Inc. (Movant) on December 18, 2025.[1] On January 20, 2026, the Court held a hearing on the Motion at which Lauren Bucci, Esq. represented Movant and Kevin Gustafson, Esq. represented Debtor.

For the reasons stated on the record at the January 30, 2026 hearing, the Court finds relief warranted. Therefore, IT IS HEREBY ORDERED that:

1. The Motion is granted;
2. Movant is granted relief from the § 362 automatic stay to enforce its rights under the Judgment of Foreclosure issued by the Superior Court of Vermont on November 4, 2024 against the real property located at 133 Grove Street in Rutland, Vermont.
3. This order shall take effect fourteen (14) days after it is entered.[2]

**SO ORDERED.**

January 30, 2026
Burlington, Vermont

Heather Z. Cooper
Heather Z. Cooper
United States Bankruptcy Judge

[1] ECF 12.
[2] Fed. R. Bankr. P. 6004(h).