**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| In re:<br><br>**WILLIAM DYDO, JR.,**<br><br>*Debtor.* | Chapter 7<br><br>Case No. 25-10257<br><br>Hon. Heather Z. Cooper |

## STIPULATION FOR WITHDRAWAL OF COUNSEL FOR DEBTOR AND REQUEST FOR WAIVER OF HEARING

**NOW COME** the Debtor, William Dydo, Jr., and Kevin C. Gustafson, Esq., of Metta Legal Solutions, PLLC, counsel of record for the Debtor, and respectfully submit this Stipulation for Withdrawal of Counsel pursuant to Rule 2091-1(a) of the Local Rules of the United States Bankruptcy Court for the District of Vermont, and stipulate and agree as follows:

## I. RECITALS

1. Kevin C. Gustafson, Esq., of Metta Legal Solutions, PLLC, has served as counsel of record for the Debtor in this Chapter 7 bankruptcy case since the filing of the petition on November 21, 2025.
2. On or about April 30, 2026, undersigned counsel was nominated for appointment as City Attorney for the City of Rutland, Vermont. Confirmation of that appointment by the Rutland Board of Aldermen is pending.
3. The Debtor has communicated his intention to challenge various practices of the City of Rutland, including practices relating to the property that is the subject of certain matters in this bankruptcy case. The Debtor's stated positions create a

positional conflict of interest with undersigned counsel's pending appointment as City Attorney for the City of Rutland.

4. The Debtor has communicated his intention to retain successor counsel and has informed undersigned counsel that he has consulted with and is interviewing prospective replacement counsel.

5. Contemporaneously with the filing of this Stipulation, undersigned counsel has filed a Motion to Enlarge Time to File Official Form 423, seeking sixty (60) days of additional time within which the Debtor may complete the post-petition personal financial management course and file the required certification.

## II. STIPULATION AND AGREEMENT

Based upon the foregoing recitals, the Debtor and undersigned counsel stipulate and agree as follows:

6. **Consent to Withdrawal.** The Debtor consents to the withdrawal of Kevin C. Gustafson, Esq., and Metta Legal Solutions, PLLC, as counsel of record for the Debtor in this bankruptcy case. Undersigned counsel hereby withdraws as counsel of record for the Debtor, subject to entry of an order of the Court approving such withdrawal.

7. **Acknowledgment of Receipt of Notice.** The Debtor acknowledges that he has been advised in writing of undersigned counsel's intention to withdraw and of the conflict of interest necessitating withdrawal.

8. **Acknowledgment of Pending Obligations.** The Debtor acknowledges that he has been advised of the following obligations and consequences relating to this bankruptcy case:

**(a)** that the Debtor is required to complete a post-petition personal financial management course and to file Official Form 423 (Certification About a Financial Management Course) in order to obtain entry of discharge in this case;

**(b)** that undersigned counsel has filed a Motion to Enlarge Time to File Official Form 423 seeking additional time within which the Debtor may complete the course and file the certification;

**(c)** that failure to complete the post-petition personal financial management course and to file Official Form 423 within any time period granted by the Court will result in closure of this case without entry of discharge; and

**(d)** that other deadlines and obligations may exist in this bankruptcy case for which the Debtor remains responsible.

9. **Transfer of File.** Undersigned counsel agrees to transfer the Debtor's complete file in this matter to successor counsel upon receipt of a written authorization for transfer from the Debtor. Undersigned counsel has previously transmitted to the Debtor copies of the entire docket from the related foreclosure proceeding and pertinent documents from this bankruptcy case.

10. **Right to Retain New Counsel.** The Debtor acknowledges his right to retain new counsel of his choosing and acknowledges that he has been afforded a reasonable

opportunity to do so. The Debtor confirms that he is presently in the process of identifying and retaining successor counsel.

11. **No Refund Due.** The Debtor and undersigned counsel agree that no unearned retainer or fee is held by undersigned counsel that would require refund.

12. **Continued Notice.** Following entry of an order approving withdrawal, all notices in this bankruptcy case shall be served upon the Debtor at the address set forth below until such time as successor counsel files a notice of appearance, after which all notices shall be served upon successor counsel pursuant to Federal Rule of Bankruptcy Procedure 2002 and the applicable Local Rules.

13. **Request for Waiver of Hearing.** The Debtor and undersigned counsel jointly request that the Court, in its discretion under Local Rule 2091-1(a), waive the hearing requirement on the basis of this written stipulation and enter an order approving withdrawal without further hearing.

## III. PRAYER FOR RELIEF

**WHEREFORE**, the Debtor and undersigned counsel respectfully request that this Court:

(a) waive the hearing requirement under Local Rule 2091-1(a) on the basis of this written Stipulation;

(b) enter an order approving the withdrawal of Kevin C. Gustafson, Esq., and Metta Legal Solutions, PLLC, as counsel of record for the Debtor; and

(c) grant such other and further relief as this Court deems just and proper.

**STIPULATED AND AGREED TO:**

/s/ William Dydo Jr.,
William Dydo, Jr., Debtor

Date: May 11, 2026

Address:
c/o Cheryl Tyminski
48 Glenbrook Road
Castleton, VT 05735

**STIPULATED AND AGREED TO:**

Kevin C. Gustafson, Esq.
Metta Legal Solutions, PLLC
P.O. Box 118
Rutland, VT 05702
Telephone: (802) 772-0025
kevin@mettalegalsolutions.com
*Counsel of Record for Debtor*

Date: May 11, 2026

**CERTIFICATE OF SERVICE**

I, Kevin C. Gustafson, Esq., hereby certify that on this 11th day of May, 2026, I caused a true and correct copy of the foregoing *Stipulation for Withdrawal of Counsel for Debtor and Request for Waiver of Hearing* to be served upon all parties of record via the Court's CM/ECF electronic filing system, including:

Raymond J. Obuchowski, Chapter 7 Trustee
P.O. Box 60
Bethel, VT 05032-0060

William K. Harrington, United States Trustee
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Suite 539
New York, NY 10004-1408

/s/ Kevin C. Gustafson, Esq.
Kevin C. Gustafson, Esq.