# United States Bankruptcy Court

## District of Vermont

Filed & Entered
On Docket
July 27, 2026

In re:
William Dydo, Jr.
Last four digits of Social−Security No or other Individual
Taxpayer−Identification No (ITIN): xxx−xx−6267
Debtor.

Case Number: 25−10257 hzc
Chapter: 7

**FINAL DECREE**

THE COURT FINDS that the estate of the above named debtor has been fully administered.

**IT IS ORDERED** that Raymond J Obuchowski, Chapter 7 Trustee is discharged as trustee of the above named debtor and the bond is cancelled.

The chapter 7 case of the above named debtor is closed as of the date of this order.

Dated: July 27, 2026

Heather Z. Cooper
United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont
11 Elmwood Ave
P.O. Box 1663
Burlington, VT 05402−1663

Tel. (844) 644−7459
VCIS* (866) 222−8029
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 149 sah